# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. ANDERSON, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Shadur |
| | ) | |
| v. | ) | Case No. 08-893 |
| | ) | |
| MARCO SANCHEZ d/b/a | ) | |
| VISION INTERIOR DRYWALL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

To: Marco Sanchez
 d/b/a Vision Interior Drywall Corporation
 3828 West 121st Street
 Alsip, IL 60803

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their counsel, Jacobs, Burns, Orlove, Stanton & Hernandez, and pursuant to Fed.R.Civ.Proc. 41(a)(1), hereby dismisses this action with prejudice.

Respectfully submitted,

*s/Sherrie E. Voyles*
Sherrie E. Voyles

Sherrie E. Voyles
JACOBS, BURNS, ORLOVE,
 STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of this Notice of Voluntary Dismissal was served upon Defendant as listed above by depositing same in the U.S. Post Office Box located at 122 South Michigan Avenue, Chicago Illinois, proper postage prepaid before the hour of 5:00 pm, this 7th day of July, 2008.

s/Sherrie E. Voyles
Sherrie E. Voyles